UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JOHN S. SOOS, III, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 4:04CV1423MLM |
| CITY OF ST. LOUIS/ ST. LOUIS INTERNATIONAL AIRPORT, | ) ) ) ) |
| Defendants. | ) |

## JUDGMENT

In accordance with the Memorandum Opinion entered this day and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the First Amended Complaint filed by Plaintiff is stricken (Doc. 19) and this case is **DISMISSED**.

/s/Mary Ann L. Medler
MARY ANN L. MEDLER
UNITED STATES MAGISTRATE JUDGE

Dated this 23rd day of May, 2005.

PDF created with FinePrint pdfFactory trial version www.pdffactory.com